# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| MICHAEL B. JOHNSON, | Civil No. 3:19-CV-06039-RAJ |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on April 21, 2020.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 21st day of April, 2020.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT COURT

Page 1     JUDGMENT - [3:19-CV-06039-RAJ]

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3621
Fax: (206) 615-2531
leisa.wolf@ssa.gov